445 A.2d 217

Com. ex rel. Crafton Borough v. Anthony
Baumgartner, Appellant.

Com. ex rel. Crafton Borough v. Karen
Baumgartner, Appellant.

Submitted October 13, 1981. Leonard A. Costa, Jr., for appellants; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before HESTER, JOHNSON and MONTEMURO, JJ.

Orders affirmed.

445 A.2d 218

Cramsey, Appellant v. Cramsey.

Submitted September 11, 1980. Ralph W. Litzenberger, for appellant; Charles W. Stopp, for appellee.

Before CERCONE, P. J., and WICKERSHAM and VAN der VOORT, JJ.

Order affirmed.